PROB 12C
(6/16)

Report Date: September 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amy Dawn Cerrillo | Case Number: 0980 4:14CR06028-EFS-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Union Gap, Washington 98903 | |
| Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 1, 2015 | |
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 120 months  TSR - 48 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| | Date Supervision Commenced: January 20, 2022 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: January 19, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On January 21, 2022, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions and requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**:  Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on September 5 and 6, 2022. |
| | On September 7, 2022, Ms. Cerrillo made telephonic contact with this officer and self-reported she relapsed.  This same evening, this officer met with Ms. Cerrillo at her residence and she reported she used methamphetamine on September 5, 2022. |
| | On September 8, 2022, Ms. Cerrillo reported to the United States Probation Office as instructed.  During this same appointment, the offender admitted she consumed methamphetamine on September 5 and 6, 2022. Ms. Cerrillo signed a drug admission/denial |

Prob12C
Re: Cerrillo, Amy Dawn
September 28, 2022
Page 2

form, admitting to consuming the controlled substance on the above-listed dates. During this same appointment, a urinalysis (UA) was collected which returned presumptive positive for amphetamine/methamphetamine.

2     **Special Condition #16**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming alcohol on September 5, and 6, 2022.

On September 7, 2022, Ms. Cerrillo made telephonic contact with this officer and self-reported she relapsed. This same evening, this officer met with Ms. Cerrillo at her residence and she reported she consumed alcohol on September 5, 2022.

On September 8, 2022, Ms. Cerrillo reported to the United States Probation Office as instructed. During this same appointment, the offender admitted she consumed alcohol on September 5 and 6, 2022. Ms. Cerrillo signed a drug admission/denial form, admitting to consuming the alcohol on the above-listed dates.

3     **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on September 11 through 14, 2022.

On September 16, 2022, Ms. Cerrillo reported to the United States Probation Office as instructed. During this appointment, the offender admitted she consumed methamphetamine on September 11 through 14, 2022. Ms. Cerrillo signed a drug admission/denial form, admitting to consuming the controlled substance on the above-listed dates. During this same appointment, a UA was collected which returned presumptive positive for amphetamine/methamphetamine.

4     **Special Condition #17**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to successfully complete the recommended substance abuse outpatient treatment program at Merit Resource Services (Merit). She was unsuccessfully discharged from the facility on September 13, 2022.

On February 3, 2022, Ms. Cerrillo enrolled in intensive outpatient treatment services at Merit and agreed to comply with the program requirements.

Due to Ms. Cerrillo relapsing while in outpatient services, on September 13, 2022, Merit re-assessed Ms. Cerrillo and recommended she enter and complete an intensive inpatient (IIP) treatment program. The offender declined IIP treatment services and requested to be discharged from Merit.

On September 26, 2022, this officer received a discharge summary from Merit reporting Ms. Cerrillo was unsuccessfully discharged from Merit on September 13, 2022.

5    **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on September 22, 2022.

On September 22, 2022, Ms. Cerrillo reported to the United States Probation Office as instructed and submitted to a UA. The sample returned presumptive positive for amphetamine/methamphetamine. Ms. Cerrillo denied consuming the controlled substance since her last reported use on September 14, 2022. She signed an admission/denial form denying the use of the controlled substance. The sample was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. As of the date of this report, this officer has not received confirmation from Alere.

6    **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to report to the United States Probation Office on September 26, 2022.

On September 22, 2022, Ms. Cerrillo reported to the United States Probation Office. On this same date, this officer instructed her to report to the probation office on September 26, 2022 at 4 p.m. and she failed to do so.

7    **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before September 27, 2022.

On September 27, 2022, Ms. Cerrillo reported to the United States Probation Office as instructed. During this same appointment, Ms. Cerrillo admitted to this officer that she went on "self- destruct mode," and used methamphetamine on September 25 and 26, 2022. Ms. Cerrillo signed a drug admission/denial form, admitting to consuming the controlled substance on the above-listed dates. A UA sample collected on this date returned presumptive

Prob12C
Re: Cerrillo, Amy Dawn
September 28, 2022
Page 4

        positive for amphetamine/methamphetamine. The sample was sent to Alere for fentanyl and alcohol testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 28, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

September 29, 2022

Date