PROB 12C
(6/16)

Report Date:  November 23, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amy Dawn Cerrillo            Case Number: 0980 4:14CR06028-EFS-2

Address of Offender: ███████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 1, 2015

Original Offense:        Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison 120 months;            Type of Supervision: Supervised Release
                      TSR - 48 months

Asst. U.S. Attorney:    Caitlin A. Baunsgard        Date Supervision Commenced: January 20, 2022

Defense Attorney:      Juliana Van Wingerden        Date Supervision Expires: January 19, 2026

---

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/28/2022.

On January 21, 2022, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions and requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 8 | **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer. |

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to report to the probation office on November 23, 2022.

On November 18, 2022, Ms. Cerrillo's counselor at Beth's Place Inpatient Treatment Facility (Beth's Place) reported to this officer that Ms. Cerrillo would be successfully completing inpatient treatment on November 21, 2022. This officer requested the counselor give Ms. Cerrillo instructions to report to this officer on November 21, 2022, for further reporting instructions.

On November 23, 2022, this officer spoke with Ms. Cerrillo's inpatient treatment counselor. She confirmed the offender successfully discharged from treatment on November 21, 2022. On this same date, this officer spoke with Ms. Cerrillo's father; he reported he has not had contact with Ms. Cerrillo since November 21, 2022, and he was unclear of her whereabouts.

Prob12C
**Re: Cerrillo, Amy Dawn**
**November 23, 2022**
**Page 2**

Mr. Cerrillo informed this officer the offender could be contacted via her cellular telephone. On this same date, at 9:13 a.m., this officer left a voice message, and later sent a text message, to Ms. Cerrillo's cellular telephone instructing her to report to this officer by 12 p.m., which she failed to do. As of the submission of this report, the offender has failed to make contact with the probation office and her whereabouts is unknown.

9        **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to report a change of address since November 21, 2022.

On November 14, 2022, Ms. Cerrillo appeared before the Court and was granted release to her father's residence at the completion of her inpatient treatment program. On November 21, 2022, Ms. Cerrillo successfully completed inpatient treatment.

On November 23, 2022, this officer contacted Ms. Cerrillo's father. He reported Ms. Cerrillo is not residing at her approved residence and expressed he has not had contact with Ms. Cerrillo since the afternoon of November 21, 2022. Ms. Cerrillo ceased contact with the probation office and her current whereabouts is unknown.

10       **Special Condition #18**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to enter the recommended outpatient substance abuse treatment program on November 22, 2022.

On November 21, 2022, Ms Cerrillo successfully completed inpatient treatment at Beth's Place. On November 23, 2022, Ms. Cerrillo's inpatient treatment counselor reported to this officer that Ms. Cerrillo was recommended outpatient substance abuse treatment and was scheduled to begin services at Triumph Treatment Services on November 22, 2022. On this same date, Ms. Cerrillo's counselor reported Ms. Cerrillo failed to report to her scheduled outpatient appointment.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    11/23/2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C
**Re: Cerrillo, Amy Dawn**
**November 23, 2022**
**Page 3**

## THE COURT ORDERS

[ ]   No Action

[X]   The Issuance of a Warrant

[ ]   The Issuance of a Summons

[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]   Defendant to appear before the Judge assigned to the case.

[X]   Defendant to appear before the Magistrate Judge.

[ ]   Other

_Edward F. Shea_

Signature of Judicial Officer

November 23, 2022

Date