PROB 12C
(6/16)

Report Date: December 2, 2022

# United States District Court

**for the**

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amy Dawn Cerrillo | Case Number: 0980 4:14CR06028-EFS-2 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison 120 months; TSR - 48 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | January 20, 2022 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: | January 19, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/28/2022 and 11/23/2022.

On January 21, 2022, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions and requirements.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, methamphetamine, on November 25, 2022.

On November 30, 2022, Ms. Cerrillo, with the help of the Federal Defenders office, made arrangements to self-surrender to the custody of the United States Marshals Service (USMS) on December 1, 2022.  On this same date, Ms. Cerrillo agreed to submit to a urinalysis (UA) prior to her Court proceedings.

On December 1, 2022, prior to Ms. Cerrillo's court proceedings and while in the custody of the USMS,  Ms. Cerrillo submitted to a UA.  The sample returned presumptive positive for methamphetamine.  She initially denied the use of the controlled substance.  In the presence

Prob12C
**Re: Cerrillo, Amy Dawn**
**December 2, 2022**
**Page 2**

of Ms. Cerrillo, this officer transferred the urine sample inside a second instant urine drug test cup and it yielded the same result, presumptive positive for methamphetamine. Ms. Cerrillo ultimately admitted to consuming the controlled substance, stating her use was on November 25, 2022.

12    **Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, methamphetamine, on December 1, 2022.

On December 1, 2022, prior to Ms. Cerrillo's Court proceedings and while in the custody of the USMS, Ms. Cerrillo submitted to a UA. The sample returned presumptive positive for methamphetamine. The sample was sent to Alere Toxicology Services, Incorporated for confirmation. As of the writing of this report, results have not been received.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/02/2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C
Re: Cerrillo, Amy Dawn
December 2, 2022
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*

Signature of Judicial Officer

12/5/2022

Date