PROB 12C
(6/16)

Report Date: December 29, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Amy Dawn Cerrillo | Case Number: 0980 4:14CR06028-EFS-2 |
| Address of Offender: ▮▮▮▮▮▮▮ Yakima, Washington 98901 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: July 1, 2015 | |
| Original Offense: Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: Prison 120 months; TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (12/06/2022) Prison - 32 days; TSR - 37 months | |
| Asst. U.S. Attorney: Caitlin A. Baunsgard | Date Supervision Commenced: December 6, 2022 |
| Defense Attorney: Juliana Van Wingerden | Date Supervision Expires: January 5, 2026 |

## PETITIONING THE COURT

To issue a summons.

On December 8, 2022, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions and requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming alcohol on December 7, 2022. |
| | On December 8, 2022, Ms. Cerrillo reported to the U.S. Probation Office as instructed, and was instructed by this officer to submit to a urinalysis (UA); the sample returned negative for all drugs tested. Ms. Cerrillo was informed the sample would be sent to Alere Toxicology Services, Incorporated (Alere) for alcohol screening. During this same appointment, the offender admitted she consumed alcohol on December 7, 2022. Ms. Cerrillo signed a drug admission/denial form, admitting to consuming alcohol on the above-listed date. |

Prob12C
**Re: Cerrillo, Amy Dawn**
**December 29, 2022**
**Page 2**

| | |
|---|---|
| 2 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime. |

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by being arrested by for fourth degree assault on December 16, 2022.

On December 18, 2022, this officer received a voicemail and text message from Ms. Cerrillo reporting she had bailed out from jail after being arrested on December 16, 2022.

After reviewing the Yakima Police Department's (YPD) narrative for incident report number 22Y042199, a summary of the following occurred: On December 16, 2022, YPD responded to a residence located at 804 North 4th Street, in Yakima, Washington, after receiving information regarding an assault. The reporting party, who is also the alleged victim, reported a female, later identified as Ms. Cerrillo, was at the above-noted location and assaulted her. It should be noted, by the time YPD arrived at the scene, Ms. Cerrillo was no longer present. According to the alleged victim, Ms. Cerrillo approached her as the alleged victim was exiting the residence. Ms. Cerrillo and the alleged victim exchanged words causing the alleged victim's boyfriend to step in between them. Ultimately, Ms. Cerrillo punched the alleged victim in the face two times. The alleged victim's boyfriend, who reported he met Ms. Cerrillo approximately 3 days prior, escorted the offender to her vehicle. However, Ms. Cerrillo returned and punched the driver's side window of the alleged victim's vehicle. The alleged victim was inside the vehicle when Ms. Cerrillo punched the window.

The alleged victim's boyfriend and another male in the residence reported they did not observe the assault take place, but observed Ms. Cerrillo charge at the alleged victim and heard a verbal dispute. Additionally, the officer did not observe any obvious signs of injury on the alleged victim's face. Ultimately, the alleged victim provided YPD with Ms. Cerrillo's first name, a physical description of the offender and the offender's vehicle.

Later that same date, YPD observed a vehicle traveling at a high rate of speed, approximately 50 miles per hour (MPH) in a 35 MPH zone, and pull into a gas station parking lot. The officer made contact with the driver who identified herself as Ms. Cerrillo. Ms. Cerrillo apologized for driving fast and reported she was upset. The officer observed Ms. Cerrillo matched the name and physical description of the suspect in the assault investigation that he had responded to earlier that same date. During a field show up, the alleged victim positively identified Ms. Cerrillo as the person who had assaulted her. Ms. Cerrillo denied assaulting anyone and reported she did not know anyone in town. The officer reported Ms. Cerrillo was visibly upset and appeared angry. Ms. Cerrillo was arrested and charged with fourth degree assault.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | December 29, 2022 |
| | s/Araceli Mendoza |
| | Araceli Mendoza |
| | U.S. Probation Officer |

Prob12C
Re: Cerrillo, Amy Dawn
December 29, 2022
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

December 29, 2022

Date