PROB 12C  
(6/16)

Report Date: January 26, 2023

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 26, 2023**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amy Dawn Cerrillo | Case Number: 0980 4:14CR06028-EFS-2 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 120 months;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/06/2022) | Prison - 32 days<br>TSR - 37 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: December 6, 2022 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: January 5, 2026 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/29/2022.

On December 8, 2022, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions and requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, methamphetamine, on or before January 13, 2023. |
| | On January 23, 2023, Ms. Cerrillo's substance abuse treatment counselor at Triumph Treatment Services (Triumph) contacted this officer via telephone and relayed Ms. Cerrillo reported for her scheduled individual meeting on January 20, 2023. During that same appointment, the offender expressed to her counselor that she consumed methamphetamine on January 13, 2023. |

Prob12C
**Re: Cerrillo, Amy Dawn**
**January 26, 2023**
**Page 2**

| | |
|---|---|
| 4 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming alcohol on or before January 13, 2023.

On January 23, 2023, Ms. Cerrillo's substance abuse treatment counselor at Triumph contacted this officer via telephone and relayed Ms. Cerrillo reported for her scheduled individual meeting on January 20, 2023. During that same appointment, the offender expressed to her counselor that she consumed alcohol on January 13, 2023.

| | |
|---|---|
| 5 | **Standard Condition #4**: You must be truthful when responding to the questions asked by your probation officer. |

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by being untruthful with her probation officer on January 19, 2023.

On January 19, 2023, this officer made telephonic contact with Ms. Cerrillo to discuss her noncompliance with her substance abuse treatment requirements, specifically failing to submit to a urinalysis (UA) on January 13, 2023. This officer asked Ms. Cerrillo if she had compromised her sobriety. The offender denied compromising her sobriety, reporting she remained clean and sober, and simply did not hear Triumph staff directing her to submit to a UA on January 13, 2023. Additionally, Ms. Cerrillo expressed to this officer that she reported to Triumph on January 17, 2023, and provided a negative UA.

On January 23, 2023, Ms. Cerrillo's substance abuse counselor at Triumph reported Ms. Cerrillo reported for her scheduled individual meeting on January 20, 2023. During that same appointment, the offender expressed to her counselor that she consumed alcohol and methamphetamine on January 13, 2023.

On January 24, 2023, Triumph reported to this officer that Ms. Cerrillo's UA collected on January 17, 2023, returned confirmed positive for amphetamine/methamphetamine on January 21, 2023.

| | |
|---|---|
| 6 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to report to the probation office on January 23, 2023, as instructed by her probation officer.

On January 19, 2023, this officer made telephonic contact with Ms. Cerrillo and instructed her to report to the probation office on January 23, 2023 at 2:30 p.m. On January 23, 2023, Ms. Cerrillo failed to report to the probation office as instructed. On this same date at 3:21 p.m., Ms. Cerrillo sent this officer a text message reporting she was at work and that her work schedule had changed on this same date. It should be noted, Ms. Cerrillo's is on a 4-week rotation schedule and has advanced notice of her scheduled shifts.

Prob12C
Re: Cerrillo, Amy Dawn
January 26, 2023
Page 3

| | | |
|---|---|---|
| 7 | | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or about January 17, 2023.

On January 17, 2023, Ms. Cerrillo reported to Triumph and submitted to a UA. The sample was sent to Triumph's contracted laboratory for confirmation.

On January 24, 2023, during a telephonic conversation, Triumph confirmed the sample collected on January 17, 2023, returned confirmed positive for amphetamine/methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 26, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

January 26, 2023

Date