PROB 12C
(6/16)

Report Date: March 3, 2023

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amy Dawn Cerrillo                          Case Number: 0980 4:14CR06028-EFS-2

Address of Offender:                    Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 1, 2015

| | |
|---|---|
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 120 months<br>TSR - 48 months |

Type of Supervision: Probation

| | |
|---|---|
| Revocation Sentence:<br>(12/06/2022) | Prison - 32 days<br>TSR - 37 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Juliana Van Wingerden |

Date Supervision Commenced: December 6, 2022

Date Supervision Expires: January 5, 2026

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/29/2022 and 1/26/2023. A warrant was previously issued by the Court on January 26, 2023.

On December 8, 2022, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions and requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to submit to a random urinalysis (UA) at Merit Resource Services (Merit), on January 26, 2023.<br><br>On December 8, 2022, Ms. Cerrillo reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging her understanding of the drug testing |

Prob12C
Re: Cerrillo, Amy Dawn
March 3, 2023
Page 2

program. She was instructed to call Merit's federal colorline system and when her assigned color was called, she was to report and submit to a UA.

On January 27, 2023, Merit reported to this officer that Ms. Cerrillo failed to report and provide a UA on January 26, 2023.

9 **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming alcohol on or before January 27, 2023.

On February 10, 2023, the United States Probation Office received a Client Status Report from Triumph Treatment Services (Triumph) reporting Ms. Cerrillo reported to her counselor on January 27, 2023, she consumed alcohol over the past week. During that same conversation, Ms. Cerrillo expressed to her counselor that she "would most likely not pass" a UA.

10 **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to successfully complete the recommended outpatient substance abuse treatment program at Triumph on or about February 10, 2023.

On February 3, 2023, the United States Probation Office received an incident report from Triumph reporting Ms. Cerrillo's noncompliant behavior while in group on January 26, 2023. According to Ms. Cerrillo's counselor, on January 26, 2023, the offender appeared for group via an online video platform. During that same meeting, Ms. Cerrillo appeared "minimally engaged," by walking away from the video meeting, giving minimal feedback, and asking for the group to end sooner than scheduled.

On February 9, 2023, the United States Probation Office received an incident report from Triumph reporting Ms. Cerrillo failed to report for her scheduled individual meeting on February 1, 2023.

On February 10, 2023, the United States Probation Office received a noncompliance report from Triumph reporting Ms. Cerrillo was in noncompliance with her treatment program due to her continued drug and alcohol use. The counselor reported Ms. Cerrillo expressed to her: "[she was] not going back to inpatient treatment. [She is] not going to lose [her] job."

On February 13, 2023, via a telephonic conversation, Ms. Cerrillo's substance abuse treatment counselor reported to this officer that the offender failed to report to her scheduled

Prob12C
Re: Cerrillo, Amy Dawn
March 3, 2023
Page 3

individual meeting on February 10, 2023. Consequently, Ms. Cerrillo's file would be closed effective that date.

On February 16, 2023, the United States Probation Office received a discharge summary from Triumph reporting Ms. Cerrillo's file was closed on February 10, 2023, due to the offender failing to report to her scheduled appointments. Ms. Cerrillo last reported to Triumph on January 27, 2023.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 3, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Edward F. Shea

Signature of Judicial Officer

March 7, 2023

Date