PROB 12C
(6/16)

Report Date: December 13, 2023

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 14, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Amy Dawn Cerrillo | Case Number: | 0980 4:14CR06028-EFS-2 |

Address of Offender: ███████████████ Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 48 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(12/06/2022) | Prison - 32 days<br>TSR - 37 months | | |
| Revocation Sentence:<br>(04/11/2023) | Prison - 7 months<br>TSR - 29 months | | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | October 3, 2023 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: | March 2, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On October 6, 2023, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by testing positive for a controlled substance, methamphetamine, on November 29, 2023.<br><br>On November 29, 2023, Ms. Cerrillo reported to Merit Resource Services (Merit) for random urinalysis (UA) testing. Mr. Cerrillo's UA was presumptive positive for |

**Prob12C**
**Re: Cerrillo, Amy Dawn**
**December 13 2023**
**Page 2**

methamphetamine. The offender denied consuming the controlled substance and signed a drug use admission/denial form denying the use of methamphetamine. The UA was sent to Alere Toxicology Services, Incorporated (Alere) for confirmation. On December 6, 2023, Alere reported Ms. Cerrillo's UA to be confirmed positive for methamphetamine.

2    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before December 5, 2023.

On December 5, 2023, during a telephonic conversation, Ms. Cerrillo reported to this officer that she had relapsed and used methamphetamine and alcohol. On this same date, this officer reminded Ms. Cerrillo of her federal colorline drug testing requirements and instructed her to report to Merit for UA testing since her color had been called. The offender reported and submitted a UA as instructed. The UA was presumptive positive for amphetamine/methamphetamine.

On December 6, 2023, Ms. Cerrillo reported to the probation office as instructed and expressed to this officer that she consumed methamphetamine and alcohol on December 4, 2023. She signed an admission/denial form admitting to consuming methamphetamine and alcohol.

3    **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming alcohol, on or before December 5, 2023.

On December 5, 2023, during a telephonic conversation, Ms. Cerrillo reported to this officer that she had relapsed and used methamphetamine and alcohol.

On December 6, 2023, Ms. Cerrillo reported to the probation office as instructed and expressed to this officer that she consumed methamphetamine and alcohol on December 4, 2023. She signed an admission/denial form admitting to consuming methamphetamine and alcohol.

4    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: Cerrillo, Amy Dawn
December 13 2023
Page 3

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before December 8, 2023.

On December 8, 2023, Ms. Cerrillo reported to the probation office and submitted to a random UA. The UA was presumptive positive for amphetamine/methamphetamine. The offender initially denied consuming the controlled substance since December 4, 2023. After she was reminded of her condition to be truthful and was informed the UA would be sent to Alere, Ms. Cerrillo expressed to this officer that she consumed methamphetamine on December 6, 2023, after meeting with this officer. The offender signed a drug use admission/denial form admitting to consuming methamphetamine on December 6, 2023. As of the writing of this report, results have not been received.

5   **Special Condition #18**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to attend and comply with her substance abuse treatment sessions at Triumph Treatment Services on December 4, 5, and 6, 2023.

On December 7, 2023, Triumph Treatment Services reported to this officer that Ms. Cerrillo failed to attend her scheduled intensive outpatient treatment group meetings on December 4, 5, and 6, 2023.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 13, 2023

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

December 14, 2023
Date