PROB 12C
(6/16)

Report Date: January 2, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 03, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Amy Dawn Cerrillo | Case Number: 0980 4:14CR06028-EFS-2 |
| Address of Offender: ▮▮▮▮ Yakima, Washington 98901 | |

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: July 1, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of 50 Grams or More of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 120 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(12/06/2022) | Prison - 32 days<br>TSR - 37 months | |
| Revocation Sentence:<br>(04/11/2023) | Prison - 7 months<br>TSR - 29 months | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: October 3, 2023 |
| Defense Attorney: | Juliana Van Wingerden | Date Supervision Expires: March 2, 2026 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/13/2023. A warrant was previously issued by the Court on December 14, 2023.

On October 6, 2023, supervised release conditions were reviewed and signed by Ms. Cerrillo, acknowledging her understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by consuming alcohol on or before December 8, 2023.<br><br>On December 8, 2023, Ms. Cerrillo reported to the probation office and submitted to a random urinalysis (UA). Pursuant to the offender's conditions of supervised release and her history with alcohol use, the sample was sent to Alere Toxicology Services, Incorporated (Alere) for alcohol testing. |

Prob12C
**Re: Cerrillo, Amy Dawn**
**January 2, 2024**
**Page 2**

On December 27, 2023, Alere reported Ms. Cerrillo's UA to be confirmed positive for alcohol.

7   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to submit to a random UA at Merit Resource Services (Merit) on December 19, 2023.

On October 6, 2023, Ms. Cerrillo reviewed and signed the Eastern District of Washington substance abuse testing instructions acknowledging her understanding of the drug testing program. She was instructed to call Merit's federal colorline system and when her assigned color was called, she was to report and submit a UA sample.

On December 20, 2023, Merit reported to the United States Probation Office that Ms. Cerrillo failed to report and submit to a UA on December 19, 2023.

8   **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to report to the probation office on December 14, 2023, as instructed by her probation officer.

On December 6, 2023, during an office appointment, Ms. Cerrillo was provided with a next appointment card and was instructed to report on December 14, 2023, at 2 p.m.

On December 8, 2023, this officer reminded Ms. Cerrillo of her next office appointment scheduled for December 14, 2023.

On December 14, 2023, Ms. Cerrillo failed to report to the probation office as instructed.

9   **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cerrillo is alleged to have violated her supervised release conditions by consuming a controlled substance, amphetamine/methamphetamine, on or before December 12, 2023.

On December 12, 2023, Ms. Cerrillo reported to Triumph Treatment Services (Triumph) and submitted to a UA. The sample was sent to Triumph's contracted laboratory for confirmation.

Prob12C
**Re: Cerrillo, Amy Dawn**
**January 2, 2024**
**Page 3**

On December 26, 2023, Triumph reported to this officer that the sample collected on December 12, 2023, returned confirmed positive for amphetamine/methamphetamine on December 18, 2023.

10    **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Ms. Cerrillo is alleged to have violated her supervised release conditions by failing to successfully complete the recommended substance abuse treatment program at Triumph on or about December 27, 2023.

On December 20, 2023, during a telephonic conversation, Ms. Cerrillo's substance abuse counselor at Triumph reported to this officer that the offender was doing "terrible" in treatment services. The counselor expressed to this officer that Ms. Cerrillo had not attended group since December 12, 2023, despite his attempts to encourage her to re-engage in services.

On December 28, 2023, Triumph reported to this officer that Ms. Cerrillo's file had been closed on December 27, 2023, due to the offender failing to attend her scheduled groups, individual meetings, and ending contact with the counselor.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 2, 2024

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

Prob12C

Re: Cerrillo, Amy Dawn
January 2, 2024
Page 4

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_Edward F. Shea_
Signature of Judicial Officer

January 3, 2024
Date